ELINOR O'CONNOR, PLAINTIFF-RESPONDENT, v.
JOHN C. O'CONNOR, DEFENDANT-PETITIONER.

*Mr. John C. O'Connor in propria persona.*

*Mr. John P. Breen* for the respondent.

November 18, 1968. Denied.

HARRIET B. GELLER, PLAINTIFF-PETITIONER, v. DE-
PARTMENT OF THE TREASURY OF NEW JERSEY,
DIVISION OF PENSIONS AND ANNUITY FUND, DE-
FENDANT-RESPONDENT.

*Messrs. Mayer & Mayer* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Elias Abelson* for the
respondent.

November 18, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. FLEMING WOODARD, DEFENDANT-PETITIONER.

See same case below: 102 *N. J. Super.* 419.

*Mr. Peter Murray, Mr. Richard Newman* and *Mrs. Susan
F. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the
respondent.

November 18, 1968. Denied.